AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4 25-cv-13925-DHH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PATRICK J. LUNDGREN Inc. was received by me on *(date)* Dec 22, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chuck Shearns, Manager, who is designated by law to accept service of process on behalf of *(name of organization)* PATRICK J. LUNDGREN Inc., at 163 WASHINGTON ST, AUBURN, MA 01501 on *(date)* Tue, Dec 30 2025 @ 10:42am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: 12/30/2025

*Server's signature*
Brad Mehring

BRAD MEHRING Process Server and Disinterested Person
*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 30, 2025, 10:42 am EST at 163 Washington Street, Auburn, MA 01501 received by Chuck Shearns, Manager.

**Documents Served:** image001.pngSummons In A Civil Action; Class Action Complaint; and Civil Cover Sheet