# AFFIDAVIT OF SERVICE

| Case: 4:25-CV-13925-DHH | Court: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS | County: | Job: 14892853 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Yosemit Marrero | | **Defendant / Respondent:** Richard Lundgren Inc, ET AL. | |
| **Received by:** Delaware Detective Group, LLC | | **For:** Paronich Law PC | |
| **To be served upon:** REACHLOCAL, INC | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Lynanne Gares, Corporate: 251 Little Falls Drive, Wilmington, DE 19808
**Manner of Service:** Registered Agent, Dec 23, 2025, 1:58 pm EST
**Documents:** Summons in a Civil Action, Civil Cover Sheet, Class Action Complaint, Jury Demanded

**Additional Comments:**
1) Successful Attempt: Dec 23, 2025, 1:58 pm EST at Corporate: 251 Little Falls Drive, Wilmington, DE 19808 received by Lynanne Gares. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown; Relationship: Litigation Specialist Service Leader;

_____    1/2/26
Stephen Kempski              Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Yosemit Marrero | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:25-CV-13925-DHH |
|  | ) |
| Richard Lundgren Inc, ET AL. | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   REACHLOCAL, INC located at 251 Little Falls Drive Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paronich Law PC , Anthony Paronich

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-CV-13925-DHH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>REACHLOCAL, INC</u> was received by me on *(date)* <u>12-22-2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Lynanne Gares</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>REACHLOCAL, INC</u> on *(date)* <u>Tue, Dec 23 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 1-2-2026

_____
Server's signature

Stephen Kempski
_____
Printed name and title

364 E. Main Street Suite 309, Middletown, DE 19709
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 23, 2025, 1:58 pm EST at Corporate: 251 Little Falls Drive, Wilmington, DE 19808 received by Lynanne Gares. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown; Relationship: Litigation Specialist Service Leader;