IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Yosemit MARRERO on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Richard Lundgrn Inc dba Lundgren Honda Of Auburn et al<br><br>*Defendant*. | Case No. 4:25-cv-13925-DHH<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the undersigned's appearance as Attorney for PLAINTIFF Yosemit Marrero in the above captioned case.

*/s/ Alex M. Washkowitz*
**Alex M. Washkowitz, Esq.**
CW Law Group, P.C.
160 Speen Street
Suite 309
Framingham, MA 01701
Phone 508-309-4880
Fax 508-597-7722
alex@cwlawgrouppc.com
MA BBO #: 644077

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished electronically via the Court's CM/EMF system to Counsel of Record.