IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YOSEMIT MARRERO, on behalf of himself and others similarly situation,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD LUNDGREN INC. d/b/a LUNDGREN HONDA OF AUBURN and REACHLOCAL, INC. d/b/a LOCALIQ,<br><br>    Defendants. | C.A. No. 4:25-cv-13925 |

**JOINT STIPULATION REGARDING AN EXTENSION
OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

Plaintiff Yosmit Marrero ("Marrero") and Defendants Richard Lundgren Inc. d/b/a Lundgren Honda of Auburn ("Lundgren") and ReachLocal, Inc. d/b/a LocalIQ ("ReachLocal") (collectively, "Defendants") hereby agree and stipulate as follows:

WHEREAS, on December 21, 2025, Marrero initiated this litigation against Defendants (D.I 1);

WHEREAS, Defendant ReachLocal was served with a summons and the Complaint on December 23, 2025 (D.I. 7);

WHEREAS, Defendant Lundgren was served with a summons and the Complaint on December 30, 2025 (D.I. 6);

WHEREAS, Defendants require a short extension of time to respond to the Complaint;

WHEREAS, the parties have met and conferred and agree that the time for Defendants to respond to the Complaint be extended up to and including **February 12, 2026**.

Dated: January 20, 2026

<table>
<tr><td>

*/s/ Anthony I. Paronich*
Anthony I. Paronich (BBO # 678437)
anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
(508) 221-1510

Alex M. Washkowitz (BBO# 644077)
alex@cwlawgrouppc.com
CW Law Group, P.C.
160 Speen Street, Suite 309
Framingham, MA 01701
(508) 597-7722

*Counsel for Plaintiff Yosemit Marrero, on behalf of himself and others similarly situation*

</td><td>

*/s/ Heather B. Repicky*
Heather B. Repicky (BBO# 663347)
hrepicky@btlaw.com
Barnes & Thornburg LLP
One Marina Park Drive, Suite 1530
Boston, Massachusetts 02210
(617) 316-5317

*Counsel for Defendants Richard Lundgren Inc. d/b/a Lundgren Honda of Auburn and ReachLocal, Inc. d/b/a LocalIQ*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system.

*/s/ Heather B. Repicky*
Heather B. Repicky