IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

YOSEMIT MARRERO, on behalf of himself
and others similarly situation,

    Plaintiff,

v.

RICHARD LUNDGREN INC. d/b/a
LUNDGREN HONDA OF AUBURN and
REACHLOCAL, INC. d/b/a LOCALIQ,

    Defendants.

C.A. No. 1:25-cv-13925

**JOINT STIPULATION REGARDING A FURTHER EXTENSION
OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

Plaintiff Yosmit Marrero ("Marrero") and Defendants Richard Lundgren Inc. d/b/a

Lundgren Honda of Auburn ("Lundgren") and ReachLocal, Inc. d/b/a LocalIQ ("ReachLocal")

(collectively, "Defendants") hereby agree and stipulate as follows:

WHEREAS, on December 21, 2025, Marrero initiated this litigation against Defendants

(D.I 1);

WHEREAS, Defendant ReachLocal was served with a summons and the Complaint on

December 23, 2025 (D.I. 7);

WHEREAS, Defendant Lundgren was served with a summons and the Complaint on

December 30, 2025 (D.I. 6);

WHEREAS, the parties previously agreed to a short extension of time for Defendants to

respond to the Complaint and, on January 20, 2026, filed with the Court a Joint Stipulation

regarding an extension of time (D.I. 9);

WHEREAS, on January 21, 2026, the Court acknowledged the previous stipulation and extended the deadline for Defendants to respond to the Complaint to February 12, 2026 (D.I. 10);

WHEREAS, Defendants require an additional week to respond to the Complaint;

WHEREAS, the parties have met and conferred and agree that the time for Defendants to respond to the Complaint further be extended up to and including **February 19, 2026**.

Dated: February 11, 2026

| | |
|---|---|
| /s/Anthony I. Paronich | /s/ Heather B. Repicky |
| Anthony I. Paronich (BBO # 678437) | Heather B. Repicky (BBO# 663347) |
| anthony@paronichlaw.com | hrepicky@btlaw.com |
| Paronich Law, P.C. | Barnes & Thornburg LLP |
| 350 Lincoln Street, Suite 2400 | One Marina Park Drive, Suite 1530 |
| Hingham, Massachusetts 02043 | Boston, Massachusetts 02210 |
| (508) 221-1510 | (617) 316-5317 |
| | |
| Alex M. Washkowitz (BBO# 644077) | *Counsel for Defendants Richard Lundgren* |
| alex@cwlawgrouppc.com | *Inc. d/b/a Lundgren Honda of Auburn and* |
| CW Law Group, P.C. | *ReachLocal, Inc. d/b/a LocalIQ* |
| 160 Speen Street, Suite 309 | |
| Framingham, MA 01701 | |
| (508) 597-7722 | |

*Counsel for Plaintiff Yosemit Marrero, on behalf of himself and others similarly situation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system.

/s/ Heather B. Repicky
Heather B. Repicky