IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YOSEMIT MARRERO, on behalf of himself and others similarly situation,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD LUNDGREN INC. d/b/a LUNDGREN HONDA OF AUBURN and REACHLOCAL, INC. d/b/a LOCALIQ,<br><br>  Defendants. | C.A. No. 4:25-cv-13925 |

## NOTICE OF APPEARANCE

Please enter the appearance of Heather B. Repicky of the law firm of Barnes & Thornburg LLP, One Marina Park Drive, Suite 1530, Boston, MA 02210 as counsel for Defendants Richard Lundgren Inc. d/b/a Lundgren Honda of Auburn and ReachLocal, Inc. d/b/a LocalIQ.

Dated: February 18, 2026

Respectfully submitted,

/s/ Heather B. Repicky
Heather B. Repicky (BBO # 663347)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5317
hrepicky@btlaw.com

*Counsel for Defendants Richard Lundgren Inc. d/b/a Lundgren Honda of Auburn and ReachLocal, Inc. d/b/a LocalIQ*

## **CERTIFICATE OF SERVICE**

      I certify that on February 18, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

                                                */s/ Heather B. Repicky*