IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YOSEMIT MARRERO, on behalf of himself and others similarly situation,<br><br>   Plaintiff,<br><br>v.<br><br>RICHARD LUNDGREN INC. d/b/a LUNDGREN HONDA OF AUBURN and REACHLOCAL, INC. d/b/a LOCALIQ,<br><br>   Defendants. | C.A. No. 4:25-cv-13925 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Richard Lungren Inc. and Reachlocal, Inc. make the following disclosures:

Defendant Richard Lungren Inc. states that it has no parent company and none of its shares are traded-publicly.

Defendant Reachlocal, Inc. states that it is an indirect subsidiary of USA Today Co., Inc. and that the shares of USA Today Co., Inc. are traded publicly.


Dated: February 19, 2026

Respectfully submitted,

*/s/ Heather B. Repicky*
Heather B. Repicky (BBO # 663347)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5317
hrepicky@btlaw.com

*Counsel for Defendants Richard Lundgren Inc. d/b/a Lundgren Honda of Auburn and ReachLocal, Inc. d/b/a LocalIQ*

**CERTIFICATE OF SERVICE**

      I certify that on February 19, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

                                                                  */s/ Heather B. Repicky*