## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

YOSEMIT MARRERO, on behalf of himself
and others similarly situation,

    Plaintiff,

v.

RICHARD LUNDGREN INC. d/b/a
LUNDGREN HONDA OF AUBURN and
REACHLOCAL, INC. d/b/a LOCALIQ,

    Defendants.

C.A. No. 4:25-cv-13925

### DEFENDANTS' UNOPPOSED MOTION FOR ADMISSION
### *PRO HAC VICE* OF MARK P. MILLER AND PAUL OLSZOWKA

Pursuant to Local Rule 83.5.3, Defendants Richard Lundgren Inc d/b/a Lundgren Honda

of Auburn and ReachLocal, Inc. d/b/a LocaliQ, by and through its counsel, hereby moves the Court

for the admission *pro hac vice* of Mark P. Miller and Paul Olszwoka of Barnes & Thornburg LLP

in the above-captioned case. This motion is accompanied by the certificates of Mark P. Miller and

Paul Olszowka.

Dated: July 24, 2026

/s/ Heather B. Repicky
Heather B. Repicky (BBO # 663347)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5317
hrepicky@btlaw.com

*Counsel for Defendants Richard Lundgren Inc.
d/b/a Lundgren Honda of Auburn and
ReachLocal, Inc. d/b/a LocaliQ*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that counsel of record for the parties met and conferred in good faith on the subject matter of this motion. Plaintiff has no opposition to the relief requested in this motion.

*/s/ Heather B. Repicky*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

*/s/ Heather B. Repicky*