**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| YOSEMIT MARRERO, on behalf of himself and others similarly situation, | |
| Plaintiff, | C.A. No. 4:25-cv-13925 |
| v. | |
| RICHARD LUNDGREN INC. d/b/a LUNDGREN HONDA OF AUBURN and REACHLOCAL, INC. d/b/a LOCALIQ, | |
| Defendants. | |

**CERTIFICATION OF MARK P. MILLER IN SUPPORT OF
DEFENDANTS' UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

I, Mark P. Miller, being duly sworn, state the following:

1.      I am a partner with the law firm of Barnes & Thornburg, LLP, One N. Wacker Drive, Suite 4400, Chicago, Illinois, and represent Defendants in the above-captioned matter

2.      I am a member of the Bar of Illinois and admitted to practice in all Illinois state courts as well as the United States Supreme Court, the United States Court of Appeals for the Second, Seventh, and Tenth Circuits, and the United States District Court for the Northern District of Illinois.

3.      I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

4.      I have no disciplinary proceedings pending against me.

5.      I have not previously had a *pro hac vice* admission to this Court (or other admission under Local Rule 83.5.2) revoked for misconduct; and

1

2

6.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 13th DAY OF JULY 2026.

/s/ Mark P. Miller
Mark P. Miller