**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| YOSEMIT MARRERO, on behalf of himself and others similarly situation, | |
| Plaintiff, | C.A. No. 4:25-cv-13925 |
| v. | |
| RICHARD LUNDGREN INC. d/b/a LUNDGREN HONDA OF AUBURN and REACHLOCAL, INC. d/b/a LOCALIQ, | |
| Defendants. | |

**CERTIFICATION OF PAUL OLSZOWKA IN SUPPORT OF**
**DEFENDANTS' UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

I, Paul Olszowka, being duly sworn, state the following:

1.      I am a partner with the law firm of Barnes & Thornburg, LLP, One N. Wacker Drive, Suite 4400, Chicago, Illinois, and represent Defendants in the above-captioned matter

2.      I am a member of the Bars of Illinois, New York, and Wisconsin and admitted to practice in all state courts in each of those jurisdictions.

3.      I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

4.      I have no disciplinary proceedings pending against me.

5.      I have not previously had a *pro hac vice* admission to this Court (or other admission under Local Rule 83.5.2) revoked for misconduct; and

6.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

1

2

SIGNED UNDER THE PENALTIES OF PERJURY THIS 13th DAY OF JULY 2026.

*/s/ Paul Olszowka*
Paul Olszowka

2