AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| YOSEMIT MARRERO, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    C.A. No. 4:25-cv-13925 |
| RICHARD LUNDGREN INC. & REACHLOCAL, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RICHARD LUNDGREN INC. & REACHLOCAL, INC.                                                     .

Date:      07/29/2026

/s/Mark P. Miller
*Attorney's signature*

Mark P. Miller/6191128
*Printed name and bar number*

One North Wacker Drive
Suite 4400
Chicago, IL 60606

*Address*

Mark.Miller@btlaw.com
*E-mail address*

(312) 214-5606
*Telephone number*

(312) 759-5646
*FAX number*

| Print | Save As... | Reset |