AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

YOSEMIT MARRERO, et al.
*Plaintiff*
v.
RICHARD LUNDGREN INC. & REACHLOCAL, INC.
*Defendant*

Case No. C.A. No. 4:25-cv-13925

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RICHARD LUNDGREN INC. & REACHLOCAL, INC. .

Date: 09/01/2026

/s/Paul Olszowka
*Attorney's signature*

Paul Olszowka/6291267
*Printed name and bar number*

One North Wacker Drive
Suite 4400
Chicago, IL 60606
*Address*

Paul.Olszowka@btlaw.com
*E-mail address*

(312) 214-5612
*Telephone number*

(312) 759-5646
*FAX number*