# EXHIBIT B

Straight Shooter LLC
May 3 ·

License to carry class!

# NRA HOME FIREARM SAFETY COURSE (LTC CLASS)

AT

## AUBURN SPORTSMAN'S CLUB

50 ELM STREET, AUBURN, MA 01501

***This course meets the Massachusetts basic firearms safety certificate requirement (LTC-033) and will allow you to apply for your License to Carry (LTC) permit ***

**MUST REGISTER IN ADVANCE TO ATTEND**

**DATE: TUESDAY, May 19, 2026 **** TIME: 5:00 p.m. – 9:00 p.m.**

This is a four-hour course for safe gun handling.
Students are taught NRA's three rules for safe gun handling; primary causes of firearms accidents; firearm parts; how to unload certain action types; ammunition components; cleaning; care; safe storage of firearms in the home; and the benefits of becoming an active participant in the shooting sports.
Students will receive the NRA Home Firearm Safety handbook, NRA Gun Safety Rules brochure, course completion certificate, and basic firearms safety certificate.

COST: $100.00 NON-AUBURN SPORTSMAN'S CLUB MEMBERS
$75.00 MEMBERS OF ASC (MUST SHOW CLUB ID AT TIME OF CLASS)

Accepted Payments:

- Apple Pay: [redacted]-7725
- Venmo: @Yosemit-Marrero
- Cash upon arrival - **Only prepaid seats will be guaranteed**

**REGISTER BELOW:**

https://www.nrainstructors.org/CourseDetails.aspx?Courseid=921846

Instructor Information:
Yosemit Marrero
straightshooter.ma@gmail.com
508-556-0737

Jason Nelson
Jay.nel.shooting@gmail.com

1