# EXHIBIT C

whois.com/whois/508straightshooter.com

Whois Identity for everyone | Domains | Hosting | Servers | Email | Security | Whois | Deals | Enter Dom

## Registrar Information

| | |
|---|---|
| Registrar: | Domain.com - Network Solutions, LLC |
| IANA ID: | 886 |
| Abuse Email: | domain.operations@web.com |
| Abuse Phone: | +1.8003337680 |

## Registrant Contact

| | |
|---|---|
| Name: | Yosemit Marrero |
| Street: | [redacted] |
| City: | Worcester |
| State: | MA |
| Postal Code: | 01604 |
| Country: | US |
| Phone: | [redacted]7725 |
| Email: | eagle9885@gmail.com |

## Technical Contact

| | |
|---|---|
| Name: | Yosemit Marrero |
| Phone: | [redacted]7725 |
| Email: | eagle9885@gmail.com |