# EXHIBIT D

# Basic Firearms Instructors

## By City/Town

**Pursuant to the provisions of M.G.L. c. 140, § 131P, the following persons have been certified by the Department of State Police as Basic Firearms Safety Instructors. This listing only contains the names of those instructors that have requested to be included in this Public listing.**

*10-Aug-26*

| CITY | NAME | TELEPHONE |
|---|---|---|
| ***ABINGTON, MA*** | | |
| | LITTLEFIELD, SCOTT R | (617) 966-8457 |
| | OWINGS, MICHAEL D | (781) 413-5113 |
| | TRUCCHI, CHRISTOPHER R | (781) 827-1778 |
| ***ACUSHNET, MA*** | | |
| | MARTINS, GILBERT T | (774) 849-0271 |
| | ORLOWSKI, THOMAS H | (508) 789-6650 |
| | RAYMOND, KEITH W | (774) 313-9459 |
| | RODGERS, DOUGLAS P | (508) 993-6789 |
| | SAVERY, LARRY C | (508) 965-5057 |
| ***ADAMS, MA*** | | |
| | PECK, DANIEL C | (413) 743-0780 |
| | TASSONE, DENNIS M | (413) 743-5459 |
| ***AGAWAM, MA*** | | |
| | ALLEN, STEVEN B | (413) 636-4830 |
| | MARCINKIEWICZ, MATTHEW L | (413) 537-0620 |
| | MARSHALL, CODIE J | (413) 693-4500 |
| ***ARLINGTON, MA*** | | |
| | GAD, ROBERT K | (781) 646-1278 |
| | GAMBONE, JOHN A | (857) 258-9888 |
| | PALLETT, ANTHONY M | (781) 626-0958 |
| | SCIARAFFA, ANTHONY | (781) 316-0042 |
| ***ASHBURNHAM, MA*** | | |
| | BOURGEOIS, JASON M | (978) 895-3861 |
| | ROMERO, AMANDA L | (520) 223-0440 |
| | ROMERO, ISAAC E | (520) 223-0440 |
| ***ASHLAND, MA*** | | |
| | FABBRI, MICHAEL L | (617) 201-3094 |
| | GLICKMAN, EDWARD B | (508) 641-7854 |
| | RIGBY, GLENN H | (508) 881-3515 |
| | WOOD, KEVIN M | (508) 864-4690 |
| ***ASSONET, MA*** | | |
| | KUBIK, FRANK J | (508) 644-2467 |
| ***ATTLEBORO, MA*** | | |

| CITY | NAME | TELEPHONE |
|---|---|---|
| ***WEYMOUTH, MA*** | | |
| | FORD, THOMAS J | [redacted] |
| | ROCK, DENNIS S | |
| | TINKER, JOHNATHON J | |
| | WONG, RICKY | |
| ***WHITMAN, MA*** | | |
| | CHAPIN, DAVID G | [redacted] |
| | FOLCO, CHRISTOPHER M | |
| ***WILBRAHAM, MA*** | | |
| | ALVES, TYLER | [redacted] |
| | ASSAD, JOSEPH S | |
| | GERO, ROY W | |
| | LAWOR, JOHN D | |
| ***WILLIAMSBURG, MA*** | | |
| | FISH, JEFFREY R | [redacted] |
| ***WILMINGTON, DE*** | | |
| | BOCKRATH, BRIAN J | [redacted] |
| ***WILMINGTON, MA*** | | |
| | PANE, DONALD N | [redacted] |
| ***WINDHAM, NH*** | | |
| | STRUBLE, JOHN C | [redacted] |
| ***WINDSOR LOCKS, CT*** | | |
| | DILLON, NICHOLAS J | [redacted] |
| ***WINDSOR, CT*** | | |
| | FRANCIS, TARIK M | [redacted] |
| ***WINTHROP, MA*** | | |
| | CIPOLETTA, JAMES J | [redacted] |
| | PERULLO, ANTHONY J | |
| ***WOBURN, MA*** | | |
| | DALTON, BRIAN G | [redacted] |
| | JOUVELIS, JOHN T | |
| | NATALE, CHARLES J | |
| | PACEK, MICHAEL R | |
| | SHAUGHNESSY, MARK W | |
| ***WOLLASTON, MA*** | | |
| | CROAKE, KEVIN W | [redacted] |
| ***WOONSOCKET, RI*** | | |
| | CARPENTIER, CHRISTOPHER J | [redacted] |
| | RANDALL, JAMES H | |
| ***WORCESTER, MA*** | | |
| | CHAMPY, BARRY F | [redacted] |
| | DAVIS, ANDREW R | |
| | FLEMING, KEVIN T | |

| CITY | NAME | TELEPHONE |
|---|---|---|
| | GRENACHE, MICHELE T | [redacted] |
| | HALLORAN, BRIAN D | [redacted] |
| | JOINVILLE, GREGORY P | [redacted] |
| | KOUCHAOUI, EL | [redacted] |
| | MARJAULT, ERIC G | [redacted] |
| | MARRERO, YOSEMIT | [redacted]7725 |
| | RIGGIERI, NICHOLAS A | [redacted] |
| | WATSON, KENDALL L | [redacted] |
| | WILLARD, BRUCE A | [redacted] |
| ***WORTHINGTON, MA*** | | |
| | DRESCHNACK, JAY J | [redacted] |
| | MCBRIDE, RONALD A | [redacted] |
| | POWELL, CHRISTOPHER K | [redacted] |
| | WANG, AMY C | [redacted] |
| ***WRENTHAM, MA*** | | |
| | D'ANGELO, ALDO D | [redacted] |
| | POWERS, STEPHEN T | [redacted] |

**Total** 844