# EXHIBIT E

Name: YOSEMIT MARRERO

SSN or ITIN: **XXX-XX-8858**
DOB: **XX/XX/1983**, Born **43** years ago

Score: **66%**
Dates Associated: **(11/05/2003 to 07/01/2026)**

Phone Type: **LandLine**
Listing Type: **Unknown**
Carrier: **VERIZON NEW ENGLAND INC**
Carrier Type: **LANDLINE**

Time Zone: **ET**
City: **WORCESTER**
State: **MA**
County: **WORCESTER**

**Other Phones for this subject**
[redacted]7725 (ET) (Mobile) (86%)
5480 (ET) (Mobile) (66%)
5548 (ET) (LandLine) (66%)
8617 (ET) (VoIP) (66%)
5261 (ET) (Mobile) (40%)
4969 (ET) (VoIP) (40%)
4285 (ET) (Mobile) (40%)
6608 (ET) (Mobile) (39%)
1525 (ET) (Mobile) (39%)
7725

**Subjects Relatives**
ARIELLE E MARRERO **[ View Person Record ]**
ERICK P MARRERO **[ View Person Record ]**
ERICK PETER MARRERO **[ View Person Record ]**
ISABELLA C MARRERO **[ View Person Record ]**
LIZ TATIANA MARRERO **[ View Person Record ]**
RAMON ACEVEDO MARRERO **[ View Person Record ]**
VLADIMIR MARRERO **[ View Person Record ]**
JAIME ELIZABETH MCNAMARA **[ View Person Record ]**
RAMON MARRERO SANCHEZ SR **[ View Person Record ]**