# EXHIBIT A

The New York Times https://www.nytimes.com/2002/02/14/technology/state-of-the-art-some-plans-that-offer-more-than-minutes.html

STATE OF THE ART

# *STATE OF THE ART; Some Plans That Offer More Than Minutes*

**By David Pogue**

Feb. 14, 2002

See the article in its original context from February 14, 2002, Section G, Page 1 Buy Reprints

VIEW ON TIMESMACHINE

TimesMachine is an exclusive benefit for home delivery and digital subscribers.

CHOOSING a cellphone used to be easy. You simply had to calculate which was the better value: the $40 national plan with 500 anytime minutes, 3,000 weekend minutes and roaming at 65 cents per minute, or the $35 regional plan with 400 national anytime minutes, 5,000 weekend minutes and roaming at 60 cents per minute.

But these days, you're not shopping for a phone -- you're shopping for a company. Wireless carriers are knocking themselves out to lure you with exclusive features. In phone stores these days, a bulleted list of trademarked features sits next to each phone. ''Connect2Fone -- For the ultimate in on-the-go communication,'' you might read. Or ''MobileMinutes -- Four-in-one message management for the mobile professional.''

Suppose you were torn between two brands with identical rate plans. Which company's beyond-the-basics features might push you off the fence? I asked AT&T, Verizon, Cingular, Nextel, Sprint and VoiceStream to send me their coolest phones, loaded up with their coolest exclusive features.

As it turns out, not everything on state-of-the-art cellphones is worth calling home about. Some carriers let you play cramped little video games on the phone against other customers on the network -- the last refuge of stranded airport travelers. Sprint offers phones like the sensational Sanyo 5150, with bright color screens and polyphonic ringers that sound more like an orchestra than a kazoo. Nextel phones can download and run dozens of Java programs, including a tip calculator and games like checkers and Nutty the Squirrel.

Fortunately, not all recent advances represent such dubious steps forward. Depending on your commute, for example, this one might be a deal clincher: Verizon is the only company with phone service in the bus and train tunnels out of New York's Penn Station.

And then there's Sprint PCS, a company that offers enough bells and whistles to outfit a marching band. If you've signed up for Sprint's Internet features ($5 per month), a synthetic voice can actually read your e-mail to you over the phone (if it was sent to the phone or to an EarthLink, Prodigy or Yahoo account). If you reply verbally, your correspondent receives your answer by e-mail as an attached sound file. Very slick.

Furthermore, Sprint has just announced that it has taken a whack at one of the most disagreeable aspects of cellphone ownership: programming the phone's address book. The new Contact Sync software lets you transfer numbers between Microsoft Outlook and the phone. The software costs $30 and the cable costs $60, making this a pricey though tempting option.

Sprint's Voice Command ($5 per month) is even more attractive. Whereas some phones let you dial up to 20 numbers by voice, Sprint's Web site lets you type in, or import from your computer's address-book program, the phone numbers of up to 500 people.

Thereafter, you can dial your phone by saying, ''Dial George Bush at home,'' or whatever. Better yet, your numbers are on the network, so if you lose or upgrade your phone, you don't have to retype those numbers (as long as you stick with Sprint, of course).

Voice Command also lets you dial by speaking any number (''Dial five five five, six two one nine''), an important but surprisingly rare feature. (Verizon also offers this feature in the form of its much more limited Talk Dial service, $3 per month.)

Finally, Sprint recently beefed up this feature with a new, free Windows program that synchronizes your Voice Command phone list with programs like Microsoft Outlook each morning, so that your phone always knows as much about your social circle as your PC does. Although all of this takes some time to set up, it's another Sprint attempt to eliminate the hideous ritual of plugging numbers directly into your cellphone.

AT&T offers a bit of voice control, too, thanks to a free service it calls #121. At your vocal command, a friendly, recorded voice reads you the latest information (when you say ''Travel,'' ''Traffic,'' ''News,'' ''Stocks'' and so on) or location-specific information (''Movies,'' ''Restaurants,'' ''Driving directions'').

This service is fantastically useful, fun, free and foolproof, but it's not much of an incentive to join AT&T. It's just TellMe, a free voice portal that anyone can call from any phone, cellular or not, by calling (800) 555-TELL.

Besides, if it's information you want, you may as well get it directly from the Internet. Almost every phone these days can show you snippets of Web information -- slowly and for an added fee.

But in some cities, AT&T, Verizon, VoiceStream and Cingular can deliver the Internet far faster (and for an even higher fee), thanks to the recently enhanced networks that represent the first step toward so-called third generation, or 3G, services. Some carriers even call their upcoming version 3G, but that's mostly marketing. Most companies use the term 2.5G to avoid inflated expectations.

If you buy a 2.5G phone and pay 2.5G fees (from $3 to $40 monthly, depending on how much you're online), your phone can talk to the Internet at 40 to 60 kilobits per second, which is slightly faster than a computer's dial-up modem and far better than the maximum 14.4 kilobits per second of existing cellphones.

What can you do with faster Internet access on a cellphone? You can pull up Web sites quickly (if stripped-down, ''formatted to fit your phone'' Web sites can be called Web sites).

And if you, dear corporate customer, have subscribed to Xpress Mail (Cingular) or Wireless Inbox (VoiceStream), you can actually check your office copy of Outlook or Lotus Notes -- all your e-mail boxes, calendar, to-do list, address book and so on -- on the screen of your phone. Delete some mail on the phone, and it's instantly deleted back at the office PC, too.

You feel as though you're looking at your PC through the wrong end of a telescope, but it's quick and it really works. (AT&T and Nextel offer the same service at the old-fashioned 14.4-kilobits speeds; Sprint will introduce the service in March.)

Still, the real fun begins when you use the 2.5G service for your laptop or palmtop, either by connecting it to the phone with a $70 cable or by inserting a $300 wireless PC card. Verizon and AT&T already offer both the card and the cable. VoiceStream has only the cable, with a PC card on the way. By summer, Cingular plans to offer a PC card, a cable and a slip-on sleeve for the Compaq's iPaq palmtops.

In any case, this setup gets your laptop or palmtop online, wirelessly and from almost anywhere. That's a delight once reserved for owners of Ricochet modems, a company that burst along with the rest of the Internet bubble. Verizon's software even lets you make voice calls from the laptop using a headset.

Off in a corner by itself is Nextel, a maverick carrier whose phones come with a perk no other company can match: a built-in two-way radio. It's like a walkie-talkie with a 500-mile range. By pressing the ''push to talk'' button, you can chat directly with any other Nextel phone in your region -- without dialing or waiting, and without relying on congested cellular airwaves. Best of all, this feature (Direct Connect) doesn't eat up any of your cellphone minutes.

The radio really does a number on your battery; you soon get into the habit of recharging the phone every night. Even so, Direct Connect is economical, practical and addictive. At the moment, 90 percent of Nextel's customers are in the business

world. But that may change later this year, which is when Nextel says that it will provide Direct Connect with coast-to-coast range and roll out new phones especially for teenagers.

Direct Connect and Sprint's Voice Command are so useful and ingenious, they could, and probably should, influence your thinking the next time you choose a cellphone company. Otherwise, however, almost every carrier says that it will eventually match every other carrier's list of added-cost options: Web and e-mail access, color screens, instant messaging, short-text messaging, faster Internet speeds, downloadable ringer sounds and so on.

Unfortunately, there's one feature you won't see on those bulleted phone-store feature lists any time soon: ''Just-a-Phone -- Makes ordinary phone calls without dropping out.'' Maybe when 4G rolls around.

**Corrected on Feb. 15, 2002**: A chart in Circuits yesterday with the State of the Art column, comparing offerings from six cellphone carriers, omitted several features available from AT&T Wireless and from VoiceStream. Both offer plans providing downloadable ringer tones, instant messaging from America Online or Yahoo, news alerts, short text messages and the ability to check e-mail and calendars stored on a PC. AT&T Wireless also plans to offer the ability to play games against other customers, as VoiceStream and other providers already do. A corrected chart is available at nytimes.com/circuits.

**Corrected on Feb. 20, 2002**: A chart in Circuits last Thursday with the State of the Art column, comparing offerings from six cellphone carriers, referred incorrectly to Verizon's pricing for short text messages. While alerts from Verizon on subjects like stocks, weather and sports are free, recipients are billed for messages from other users.

We acknowledge mistakes in our reporting with corrections. If you spot an error, please let us know at corrections@nytimes.com. Learn more.

---

A version of this article appears in print on , Section G, Page 1 of the National edition with the headline: STATE OF THE ART; Some Plans That Offer More Than Minutes